36 So.2d 563

## Will Thomas SAMUELS v. STATE.

### 6 Div. 775.

Supreme Court of Alabama.
July 31, 1948.

Horace C. Alford, of Birmingham, for petitioner.

A. A. Carmichael, Atty. Gen., and Wm. N. McQueen, Asst. Atty. Gen., opposed.

GARDNER, Chief Justice.

Petition of Will Thomas Samuels for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Samuels v. State, 36 So.2d 561 (6 Div. 404).

Writ denied.

FOSTER, LAWSON and STAKELY, JJ., concur.